UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRETT,<br><br>    Plaintiff,<br><br>    v.<br><br>HELEN, et al.,<br><br>    Defendants. | Case No. 16-cv-03866-DMR<br><br>**ORDER TO SUPPLEMENT IFP APPLICATION**<br><br>Re: Dkt. No. 2 |

The court has reviewed Plaintiff Frank Brett's motion for leave to proceed in forma pauperis ("IFP"). [Docket No. 2.] Plaintiff's application is incomplete. In response to questions about Plaintiff's spouse's gross and net monthly salary, wages, or income, Plaintiff responded "not needed." By no later than **July 29, 2016**, Plaintiff shall file a completed IFP application in which he provides his spouse's gross and net monthly salary, wages, or income. He shall also indicate whether his spouse supports him financially, and if so, how much financial support his spouse provides on a monthly basis.

Plaintiff's failure to file a completed IFP application by July 29, 2016 may result in denial of his application.

**IT IS SO ORDERED.**

Dated: July 19, 2016

DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRETT,<br><br>        Plaintiff,<br><br>   v.<br><br>HELEN, et al.,<br><br>        Defendants. | Case No.  4:16-cv-03866-DMR<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 19, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frank  Brett
822 Johnston St.
Philadelphia, PA 19148

Dated: July 19, 2016

                                            Susan Y. Soong
                                            Clerk, United States District Court

                                            By:_____
                                            Ivy Lerma Garcia, Deputy Clerk to the
                                            Honorable DONNA M. RYU