**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRANK BRETT,

    Plaintiff,

 v.

HELEN, et al.,

    Defendant.

                                /

No. C 16-03866 WHA

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court is in receipt of Magistrate Judge Donna M. Ryu's report, recommending that pro se plaintiff Frank Brett's complaint be dismissed for failure to prosecute (Dkt. No. 10). No objections to the report and recommendation have been filed. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Ryu. This action is hereby **DISMISSED**. Judgment will follow.

**IT IS SO ORDERED.**

Dated: October 4, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE