IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BRETT, | No. C 16-03866 WHA |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HELEN, et al., | |
| Defendant. | |

For the reasons stated in the accompanying order dismissing the action, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Frank Brett. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 5, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE